B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>G & A Fine Foods, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-8658069 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>18351 N.W. 27th Avenue<br>Opa Locka, FL                    ZIP Code 33056 | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Miami-Dade | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                     ZIP Code | Mailing Address of Joint Debtor (if different from street address):                     ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."       ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**       THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>G & A Fine Foods, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>G & A Fine Foods, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** _____<br>Signature of Debtor<br><br>**X** _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X** /s/ Paul L. Orshan<br>Signature of Attorney for Debtor(s)<br><br>Paul L. Orshan FBN 776203<br>Printed Name of Attorney for Debtor(s)<br><br>ORSHAN, P.A.<br>Firm Name<br><br>One Southeast Third Ave<br>Suite 1445<br>Miami, FL 33131<br>Address<br><br>Email: paul@orshanpa.com<br>305-529-9380  Fax: 305-402-0777<br>Telephone Number<br><br>June 16, 2015<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>**X** _____<br><br>_____<br>Date<br><br>Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X** /s/ Domingo Then, Jr.<br>Signature of Authorized Individual<br><br>Domingo Then, Jr.<br>Printed Name of Authorized Individual<br><br>Vice-President/General Manager<br>Title of Authorized Individual<br><br>June 16, 2015<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    G & A Fine Foods, Inc.            Case No.
                                            Debtor(s)            Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Associated Grocers of Florida, Inc.<br>1141 SW 12th Avenue<br>Pompano Beach, FL 33069 | Associated Grocers of Florida, Inc.<br>1141 SW 12th Avenue<br>Pompano Beach, FL 33069 | Trade Debt | | 627,955.91 |
| Quirch Foods Co.<br>P.O. Box 66-9250<br>Miami, FL 33166 | Quirch Foods Co.<br>P.O. Box 66-9250<br>Miami, FL 33166 | Trade Debt | | 420,000.00 |
| Vidal Suriel<br>Juan Hidalgo<br>Mari Olgan Villasan<br>3250 NW 107th Avenue<br>Doral, FL 33172 | Vidal Suriel<br>Juan Hidalgo<br>Mari Olgan Villasan<br>Doral, FL 33172 | Loan | | 356,000.00 |
| MGP Partners Management, LLC<br>9655 South Dixie Highway<br>Suite 300<br>Miami, FL 33156 | MGP Partners Management, LLC<br>9655 South Dixie Highway<br>Suite 300<br>Miami, FL 33156 | Lease | | 116,689.28 |
| Rex Discount, Inc.<br>1090 NW 23rd Street<br>Section D<br>Miami, FL 33127 | Rex Discount, Inc.<br>1090 NW 23rd Street<br>Section D<br>Miami, FL 33127 | Trade Debt | | 80,000.00 |
| Sherwood Food Distributors<br>Florida Division<br>12345 NW 38th Avenue<br>Opa Locka, FL 33054 | Sherwood Food Distributors<br>Florida Division<br>12345 NW 38th Avenue<br>Opa Locka, FL 33054 | Trade Debt | | 18,478.31 |
| The Florida Lottery<br>250 Marriott Drive<br>Tallahassee, FL 32301 | The Florida Lottery<br>250 Marriott Drive<br>Tallahassee, FL 32301 | Trade Debt | | 16,000.00 |
| Promo Flyer, Inc.<br>2210 NW Miami Court<br>Miami, FL 33127 | Promo Flyer, Inc.<br>2210 NW Miami Court<br>Miami, FL 33127 | Trade Debt | | 11,942.51 |
| Western Union Financial Services, Inc.<br>P.O. Box 6036<br>Englewood, CO 80112 | Western Union Financial Services, Inc.<br>P.O. Box 6036<br>Englewood, CO 80112 | Agent AAT748415 | | 10,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  G & A Fine Foods, Inc. _____  Case No. _____
          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Brennan & Clark, LLC<br>721 E Madison Street<br>Suite 1000<br>Villa Park, IL 60181-3082 | Brennan & Clark, LLC<br>721 E Madison Street<br>Suite 1000<br>Villa Park, IL 60181-3082 | Insurance | | 10,000.00 |
| Florida Power and Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Florida Power and Light<br>General Mail Facility<br>Miami, FL 33188-0001 | Utilities | | 9,244.00 |
| First World Imports, Inc.<br>4100 North Powerline Road<br>Suite J-1<br>Pompano Beach, FL 33073 | First World Imports, Inc.<br>4100 North Powerline Road<br>Suite J-1<br>Pompano Beach, FL 33073 | Trade Debt | | 9,018.35 |
| Dade Paper & Bag Co.<br>9601 NW 112TH AVENUE<br>Miami, FL 33178 | Dade Paper & Bag Co.<br>9601 NW 112TH AVENUE<br>Miami, FL 33178 | Trade Debt | | 6,887.85 |
| Tropical Worldwide Corp.<br>10900 NW 36th Avenue<br>Miami, FL 33167 | Tropical Worldwide Corp.<br>10900 NW 36th Avenue<br>Miami, FL 33167 | Trade Debt | | 3,280.00 |
| Service Grocers Coop, Inc.<br>P.O. Box 669111<br>Pompano Beach, FL 33066 | Service Grocers Coop, Inc.<br>P.O. Box 669111<br>Pompano Beach, FL 33066 | Trade Debt | | 3,267.35 |
| North Miami Beach - Water Utilities<br>NMB City Hall Lobby<br>17011 NE 19th Avenue<br>North Miami Beach, FL 33162-3100 | North Miami Beach - Water Utilities<br>NMB City Hall Lobby<br>17011 NE 19th Avenue<br>North Miami Beach, FL 33162-3100 | Utilities | | 3,221.32 |
| Progressive Waste Solutions of FL, Inc.<br>3840 NW 37th Court<br>Miami, FL 33142 | Progressive Waste Solutions of FL, Inc.<br>3840 NW 37th Court<br>Miami, FL 33142 | Utilities | | 3,200.00 |
| Seven Up<br>c/o Southeast Atlantic Beverage Corp.<br>5900 NW 72nd Ave<br>Miami, FL 33166 | Seven Up<br>c/o Southeast Atlantic Beverage Corp.<br>5900 NW 72nd Ave<br>Miami, FL 33166 | Trade Debt | | 2,687.40 |
| Kingston-Miami Trading Company<br>1465 NW 21st Terrace<br>Miami, FL 33142 | Kingston-Miami Trading Company<br>1465 NW 21st Terrace<br>Miami, FL 33142 | Trade Debt | | 2,633.28 |
| Evanston Insurance Co.<br>P.O. Box 2009<br>Glen Allen, VA 23058-2009 | Evanston Insurance Co.<br>P.O. Box 2009<br>Glen Allen, VA 23058-2009 | Insurance | | 2,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   G & A Fine Foods, Inc.                              Case No.   _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Vice-President/General Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   June 16, 2015                    Signature   /s/ Domingo Then, Jr.
                                                    Domingo Then, Jr.
                                                    Vice-President/General Manager

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

```
Associated Grocers of Florida, Inc.
1141 SW 12th Avenue
Pompano Beach, FL 33069


Brennan & Clark, LLC
721 E Madison Street
Suite 1000
Villa Park, IL 60181-3082


Comcast
18601 NW 2nd Avenue
Miami, FL 33169


Dade Paper & Bag Co.
9601 NW 112TH AVENUE
Miami, FL 33178


Doral Roasters, Inc.
3250 NW 107th Avenue
Doral, FL 33172


Evanston Insurance Co.
P.O. Box 2009
Glen Allen, VA 23058-2009


First World Imports, Inc.
4100 North Powerline Road
Suite J-1
Pompano Beach, FL 33073


Florida Power and Light
General Mail Facility
Miami, FL 33188-0001


Insolvency Unit
7850 SW 6th Court
Plantation, FL 33324


Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


Kingston-Miami Trading Company
1465 NW 21st Terrace
Miami, FL 33142
```

```
LaFe Foods
c/o Gonzalez and Tapanes Foods, Inc.
9151 NW 97th Terrace
Medley, FL 33178


MGP Partners Management, LLC
9655 South Dixie Highway
Suite 300
Miami, FL 33156


North Miami Beach - Water Utilities
NMB City Hall Lobby
17011 NE 19th Avenue
North Miami Beach, FL 33162-3100


Premier Beverage Company, LLC
P.O. Box 820410
Pembroke Pines, FL 33082


Progressive Waste Solutions of FL, Inc.
3840 NW 37th Court
Miami, FL 33142


Promo Flyer, Inc.
2210 NW Miami Court
Miami, FL 33127


Quirch Foods Co.
P.O. Box 66-9250
Miami, FL 33166


Rex Discount, Inc.
1090 NW 23rd Street
Section D
Miami, FL 33127


Service Grocers Coop, Inc.
P.O. Box 669111
Pompano Beach, FL 33066


Seven Up
c/o Southeast Atlantic Beverage Corp.
5900 NW 72nd Ave
Miami, FL 33166
```

Sherwood Food Distributors
Florida Division
12345 NW 38th Avenue
Opa Locka, FL 33054


State of Florida/Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


The Florida Lottery
250 Marriott Drive
Tallahassee, FL 32301


Tropical Worldwide Corp.
10900 NW 36th Avenue
Miami, FL 33167


Vidal Suriel
Juan Hidalgo
Mari Olgan Villasan
3250 NW 107th Avenue
Doral, FL 33172


Walton & Post, Inc.
8105 NW 77th Street
Miami, FL 33166


Western Union Financial Services, Inc.
P.O. Box 6036
Englewood, CO 80112